**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re : | Case Number **6:16-04605-RAC** |
| | Chapter 7 |
| **Patrick T. Seren** | |
| **Tiffany Seren** | |
| Debtor(s). | |

_____/

**TRUSTEE'S RESPONSE TO U.S. BANK NATIONAL ASSOCIATION'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW Marie E. Henkel, the duly appointed Trustee in this Chapter 7 case, by and through her undersigned counsel, and responds to U.S. Bank National Association's Motion for Relief from Automatic Stay, dated July 22, 2016, (docket no. 7) in regards to the residential real estate located in Volusia County, Florida, ("Property), more particularly described below, and states as follows :

**Lot 39, Block 874, DELTONA LAKES UNIT THIRTY-FOUR, according to the plat thereof as recorded in Map Book 27, Pages 134 through 142, inclusive, of the Public Records of Volusia County, Florida.**

**a/k/a 3190 Dudley Drive, Deltona, FL 32738**
**Parcel ID No. 8130-34-17-0390**

1. Trustee will be seeking Court approval to employ BK Global Real Estate Services and Adams, Cameron & Company, Realtors to market and conduct a short sale of the real property described above.

2. Trustee hereby requests 180 days to sell the Property for the benefit of creditors and U.S. Bank National Association.

WHEREFORE, Trustee prays that she be granted 180 days to sell the Property for the benefit of creditors of this case and for all other relief as is just and proper.

Respectfully submitted this 11th day of August, 2016.

>*/s/ Kristen L. Henkel*
>Kristen L. Henkel, Esq.
>Florida Bar No. 81858
>M. E. Henkel, P.A.
>3560 South Magnolia Avenue
>Orlando, Florida 32806
>Telephone : (407) 438-6738
>Facsimile : (407) 858-9466
>khenkel@mehenkel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was provided by United States Mail, postage prepaid, or by electronic delivery to : United States Trustee, 400 W. Washington St., Suite 1100, Orlando, Florida 32801; Patrick T. Seren & Tiffany Seren, 3190 Dudley Dr., Deltona, FL  32738, *Debtor(s);* Lloyd V Osman, Kaufman Englett & Lynd, PLLC, 150 N Orange Ave, Ste 100, Orlando, FL 32801, *Debtor(s)' Attorney*, Austin M. Noel, Esquire, Buckley Madole, P.C., P.O. Box 22408, Tampa, FL 33622, *Attorney for U.S. Bank National Association*; on August 11, 2016.

>*/s/ Kristen L. Henkel*
>Kristen L. Henkel, Esq.