ORDERED.

Dated: September 13, 2016

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                 Case Number **6: 16-04605-RAC**
                                                                        Chapter 7

**Patrick T. Seren**
**Tiffany Seren**
                                    Debtor(s).
_____/

### AGREED ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY

This case came before the Court on September 8, 2016 at 1:30 p.m. upon U.S. Bank National Association's Motion for Relief from Automatic Stay, dated July 22, 2016, (docket no. 7), and the Trustee's Response to U.S. Bank National Association's Motion for Relief from Automatic Stay, dated August 11, 2016, (docket no. 12). Present were Howard Speigel, for U.S. Bank National Association, and Kristen L. Henkel, on behalf of the Chapter 7 Trustee, Marie E. Henkel. For the reasons stated orally and recorded in open Court, and based on the record, it is:

**ORDERED**:

1. U.S. Bank National Association's Motion for Relief from Automatic Stay is granted. This relief and the relief described in this Order shall be effective ninety (90) days after entry of this Order.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to the real property located in Volusia County, Florida ("Property"), more particularly described below :

> **Lot 39, Block 874, DELTONA LAKES UNIT THIRTY-FOUR, according to the plat thereof as recorded in Map Book 27, Pages 134 through 142, inclusive, of the Public Records of Volusia County, Florida.**
>
> **a/k/a 3190 Dudley Drive, Deltona, FL 32738**
> **Parcel ID No. 8130-34-17-0390**

3. This Order Granting U.S. National Association's Motion for Relief from Automatic Stay is entered for the sole purpose of allowing U.S. Bank National Association ("Secured Creditor") to pursue its lawful *in rem* remedies against the subject property, and Secured Creditor shall neither seek nor obtain an *in personam* judgment against the Debtors.

4. If a foreclosure sale of the Property is set or rescheduled while the bankruptcy case remains open, then Secured Creditor's counsel shall send written notice within two (2) business days from the date that the foreclosure sale is set or rescheduled to Chapter 7 Trustee, Marie E. Henkel, to advise of the date of the foreclosure sale. Such notice shall be sent by email to [mehenkel@yahoo.com](mailto:mehenkel@yahoo.com), [khenkel@mehenkel.com](mailto:khenkel@mehenkel.com), and [barlbru@yahoo.com](mailto:barlbru@yahoo.com).

Special Counsel Kristen L. Henkel is directed to serve a copy of this Order on interested parties and file a proof of services within 3 days of entry of the Order.